# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RACHELLE CHAPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TASTY HUT, LLC; TASTY HUT OF NC, LLC; TH PROPCO, LLC; and DOES 1 to 25,<br><br>Defendants. | Case No.: 1:22-cv-00208-WO-LPA<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff in the above-captioned matter will and hereby does move the Court, in accordance with Federal Rule of Civil Procedure 23, for an Order:

a. Granting preliminary approval of the parties' proposed Settlement Agreement and the exhibits attached thereto (collectively, "Settlement Agreement" and filed concurrently herewith) entered into between the parties;

b. Conditionally certifying a Settlement Class;

c. Appointing Plaintiff Rachelle Chapman as a Class Representative representing the Settlement Class;

d. Approving the parties' proposed notice program, including the proposed form of notice, as set forth in the Settlement Agreement, and directing that notice be disseminated pursuant to such program;

e.  Setting a Final Approval Hearing and certain other dates in connection with the final approval of the Settlement Agreement.

This motion is based on this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the Settlement Agreement, the Declaration of Benjamin J. Sweet, the Declaration of Rachelle Chapman, all papers and records on file in this case, and such other matters as the Court may consider.

Dated: December 7, 2022

Respectfully Submitted,

ROSENWOOD, ROSE & LITWAK, PLLC

*/s/ Nancy S. Litwak*
Nancy S. Litwak (N.C. Bar No. 47288)
Erik M. Rosenwood (N.C. Bar No. 28049)
1712 Euclid Ave
Charlotte, NC 28203
Tel.: 704-228-8578
Fax: 704-371-6400
nlitwak@rosenwoodrose.com
erik@rosenwoodrose.com

NYE, STIRLING, HALE AND MILLER, LLP
Jordan T. Porter (By Special Appearance)
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Tel.: 805-963-2345
Fax: 805-284-9590
jordan@nshmlaw.com

NYE, STIRLING, HALE AND MILLER, LLP
Benjamin J. Sweet (By Special Appearance)
1145 Bower Hill Road
Pittsburgh, PA 15243
Tel.: (412) 857-5350
ben@nshmlaw.com

*Attorneys for Plaintiff and the Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date specified below, she electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the following counsel of record:

> R. Bryan Holbrook
> Fisher & Phillips LLP
> 227 W. Trade St., Suite 2020
> Charlotte, NC 28202
> bholbrook@fisherphillips.com
>
> Matthew R. Korn
> Fisher & Phillips, LLP
> 1320 Main St., Suite 750
> Columbia, SC 29201
> mkorn@fisherphillips.com
> *Attorneys for Defendants*

THIS the 7th day of December, 2022.

>
> ROSENWOOD, ROSE & LITWAK, PLLC
>
> */s/ Nancy S. Litwak*
> Nancy S. Litwak (N.C. Bar No. 47288)
> 1712 Euclid Ave
> Charlotte, NC 28203
> Tel.: (704) 228-8578
> Fax: (704) 371-6400
> Email: nlitwak@rosenwoodrose.com
>
> *Attorneys for Plaintiff and the Class*