IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RACHELLE CHAPMAN, individually   )
and on behalf of all others      )
similarly situated,              )
                                 )
              Plaintiffs,        )
                                 )
     v.                          )     1:22-cv-208
                                 )
TASTY HUT, LLC, TASTY HUT        )
OF NC, LLC, TH PROPCO, LLC,      )
and DOES 1 to 25,                )
                                 )
              Defendants.        )
```

## ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, DIRECTING ISSUANCE OF SETTLEMENT NOTICE, AND SCHEDULING OF HEARING ON FINAL APPROVAL

WHEREAS, the Parties in the above-captioned litigation have advised the Court that they have settled the litigation, the terms of which have been memorialized in a settlement agreement (hereafter "Settlement Agreement").

WHEREAS, Plaintiff has applied to this Court through an unopposed motion for an order (1) granting preliminary approval of the Settlement Agreement resolving all claims in the above-captioned matter, (2) directing notice to the class, and (3) setting a fairness hearing.

WHEREAS, the Court has read and considered Plaintiff's Unopposed Motion for Preliminary Approval, the supporting briefs

and declaration submitted therewith, the proposed Settlement Agreement, and all of the supporting documents; and good cause appearing:

**IT IS HEREBY ORDERED** that,

1. This Order incorporates by reference the definitions in the Settlement Agreement and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement Agreement.

2. Plaintiff's Unopposed Motion for Preliminary Class Action Settlement ("Motion") is granted. All pending pretrial deadlines and the trial date are hereby vacated. It appears to this Court on a preliminary basis that the Settlement Agreement is fair, adequate and reasonable.

3. The proposed Settlement Class is hereby preliminarily certified pursuant to Fed. R. Civ. P. 23(a) and (b)(2) for purposes of settlement. The Settlement Class is defined as: "All wheelchair users with qualified mobility disabilities who encountered accessibility barriers within the Parking Areas of any Tasty Hut, LLC location."

4. The Court hereby appoints and designates Named Plaintiff Rachelle Chapman as representative of the class.

5. The Court hereby appoints the law firm of Nye, Stirling, Hale, Miller & Sweet, LLP as Class Counsel for the Settlement Class.

6. Notice of the proposed Settlement Agreement shall be given to class members. The Notice attached as Exhibit C to the Agreement is hereby approved as to form. On or before a date acceptable to the Court but not later than 10 days from the date of the Preliminary Approval Order, Plaintiff's counsel, on behalf of the parties, shall distribute the Notice of the proposed Settlement Agreement advising the Class of the terms of the proposed Settlement Agreement and their right to object to the proposed Settlement Agreement. This Notice shall be distributed as follows:

> A) On behalf of the parties, Plaintiff's counsel shall send the Notice attached as Exhibit C via electronic mail or U.S. Mail to the following organizations serving individuals with mobility disabilities: (i) American Association of People with Disabilities (AAPD); (ii) Disabled American Veterans; (iii) Paralyzed Veterans of America; (iv) Disability Rights Education & Defense Fund (DREDF); (v) National Center on Health, Physical Activity and Disability (NCHPAD); (vi) National Council on Independent Living; (vii) National Disability Rights

Network; (viii) The Consortium for Citizens with Disabilities; (ix) Spina Bifida Association of America; (x) National Organization on Disability; (xi) National Brain Injury Association of America; (xii) Disability Rights Advocates; (xiii) Disabled Veterans National Foundation; (ixv) National Multiple Sclerosis Society; (xv) United Cerebral Palsy; (xvi) United Spinal Association; (xvii) Amputee Coalition; (xviii) Independent Living Research Utilization (ILRU); (xix) Disabled in Action; and (xx) Association of Programs for Rural Independent Living;

B) Plaintiff's counsel, on behalf of the parties, shall publish the Notice attached as Exhibit C on a public website dedicated to the Class Settlement, at www.adaparkinglotsettlementtastyhut.com.

7. The Court finds that the form of notice to Class Members regarding the proposed Settlement Agreement, including the methods of dissemination to the proposed Settlement Class in accordance with the terms of this Order, meet the requirements for due process, the requirements of Rules 23(c)(2) and 23(e) of the Federal Rules of Civil Procedure, and constitute the best notice practicable under the circumstances.

8. A hearing (the "Fairness Hearing") shall be held before this Court on Wednesday, June 14, 2023 at 10:00 a.m. in

Courtroom 1, 324 W. Market Street, Greensboro, North Carolina, to determine whether the Agreement shall be granted final approval and to address any related matters. The Fairness Hearing may, from time to time and without further notice to the Class (except those who have filed timely objections or entered appearances), be continued or adjourned by order of the Court.

9. Members of the Class may register their objections to the Agreement by filing written objections with this Court. Objections and accompanying verification must be received by a date acceptable to the Court but in no event earlier than 45 days from the date of the Preliminary Approval Order. Members of the Class who also wish to appear at the Fairness Hearing and object to the Agreement in person must so state at the time they file their written objections. Any Class member who does not make his or her objection in the manner provided for in this Order shall be deemed to have waived such objection.

10. All responses to objections shall be filed with the Court and served by mail on the Parties' Counsel and on any objectors by 14 days prior to the Final Approval Hearing.

11. Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the Agreement which are not materially

- 5 -

Case 1:22-cv-00208-WO-LPA   Document 32   Filed 02/06/23   Page 5 of 6

inconsistent with either this Order or the terms of the Agreement.

**IT IS SO ORDERED.**

This the 6th day of February, 2023.

```
                          _____
                                United States District Judge
```