IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:22-cv-00208

| | |
|---|---|
| RACHELLE CHAPMAN, individually on behalf of all other similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TASTY HUT, LLC; TASTY HUT OF NC, LLC; TH PROPCO, LLC; and DOES 1 to 25 | ) ) ) ) |
| Defendants. | ) ) ) |

### STIPULATION TO AMEND PRELIMINARILY APPROVED CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff, Rachelle Chapman, individually and on behalf of similarly situated persons ("Plaintiff"), and Defendants, Tasty Hut, LLC, Tasty Hut of NC, LLC, and TH Propco, LLC ("Defendants") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, submit the attached Amendment to Class Settlement Agreement and Release ("Amendment").

1. On February 6, 2023, the Court granted preliminary approval of the Parties' class action settlement and directed Plaintiff's counsel to send the Court-approved Notice to Settlement Class Members.

2. On February 16, 2023, Plaintiff sent the Notice of Settlement to the disability rights organizations listed in Paragraph 6(A) of the Agreement and posted the Notice of Settlement on the public website set forth in Paragraph 6(B) of the Agreement.

3. Additionally, on December 16, 2022, pursuant to the notice provisions of the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), Defendants sent notice of the

proposed class action settlement to the Attorney General of the United States at to the appropriate State officials.

4. Following distribution of the Notice of Settlement, an Assistant United States Attorney ("AUSA") from the Department of Justice ("DOJ") contacted the Parties' counsel and expressed concerns relating to Paragraphs 3.1 and 7.3.1. The AUSA stated his position that Paragraphs 3.1 and 7.3.1 were inconsistent with the DOJ's interpretation of the applicable 2012 ADA Standards for Accessible Design ("2012 Standards") and the 1991 ADA Standards for Accessible Design ("1999 Standards") (collectively "ADA Standards). Specifically, the AUSA does not interpret the Standards to permit the slope variance set forth in the original Agreement.

5. The Parties subsequently held a conference call with the AUSA to discuss the relevant paragraphs. In light of the DOJ's concern, and to facilitate final approval of the Agreement, the Parties agreed to amend Paragraphs 3.1 and 7.3.1 to eliminate the slope variance permitted therein as set forth in the attached Amendment.

6. The Parties have reviewed the distributed Notice of Settlement in light of the Amendment and agree that an Amended Notice to the Class is unnecessary. None of the disability rights organizations that received the prior notice have filed objections to the settlement and the deadline for filing objections has passed. The Parties further agree that the fairness hearing need not be rescheduled.

Dated: April 17, 2023              Respectfully submitted,

/s/ Nancy S. Litwak
Nancy S. Litwak (NC Bar No. 47288)
Erik M. Rosenwood (NC Bar No. 28049)

ROSENWOOD ROSE & LITWAK, PLLC
1712 Euclid Ave
Charlotte, NC 28203
Tel.: 704-228-8578
Fax: 704-371-6400
Email: nlitwak@rosenwoodrose.com
erik@rosenwoodrose.com

Benjamin Sweet (by Special Appearance)
Nye, Stirling, Hale, Miller & Sweet LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Tel.: 412-857-5350
ben@nshmlaw.com

Jordan Porter (by Special Appearance)
Nye, Stirling, Hale, Miller & Sweet LLP
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Tel.: 805-963-2345
jordan@nshmlaw.com

Counsel for Plaintiff

/s/ R. Bryan Holbrook
R. Bryan Holbrook (NC Bar No. 56201)
FISHER & PHILLIPS LLP
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
Email: bholbrook@fisherphillips.com

Matthew R. Korn (by Special Appearance)
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, SC 29201
Telephone: 803-740-7652
Facsimile: 803-255-0202
Email: mkorn@fisherphillips.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

I, R. Bryan Holbrook, hereby certify that on this, the 17th day of April 2023, I electronically filed the foregoing **Stipulation to Amend Preliminarily Approved Class Action Settlement Agreement** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Nancy S. Litwak (NC Bar No. 47288)
Erik M. Rosenwood (NC Bar No. 28049)
ROSENWOOD ROSE & LITWAK, PLLC
1712 Euclid Ave
Charlotte, NC 28203
Tel.: 704-228-8578
Fax: 704-371-6400
Email: nlitwak@rosenwoodrose.com
erik@rosenwoodrose.com

/s/ R. Bryan Holbrook
R. Bryan Holbrook