# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RACHELLE CHAPMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>TASTY HUT, LLC; TASTY HUT OF NC, LLC; TH PROPCO, LLC; and DOES 1 to 25,<br><br>        Defendants. | **Civil Case No.:**<br><br>**1:22-cv-00208-WO-LPA**<br><br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff in the above-captioned matter will and hereby does move the Court, in accordance with Federal Rule of Civil Procedure 23, for an Order granting final approval of the parties' proposed Settlement Agreement and the exhibits attached thereto (collectively, "Settlement Agreement" and filed at ECF No. 31-3) entered into between the parties.

This motion is based on this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the Settlement Agreement, the Declarations of Benjamin J. Sweet and Jeffrey D. Johnson, all papers and records on file in this case, and such other matters as the Court may consider.

Dated: May 16, 2023

/s/ Benjamin J. Sweet

Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: (412) 857-5350

Jordan T. Porter
jordan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET LLP**
33 W. Mission Street, Suite 201
Santa Barbara, California 93101
Phone: (805) 963-2345

*Attorneys for Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date specified below, she electronically filed the foregoing **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the following counsel of record:

R. Bryan Holbrook
Fisher & Phillips LLP
227 W. Trade St., Suite 2020
Charlotte, NC 28202
bholbrook@fisherphillips.com

Matthew R. Korn
Fisher & Phillips, LLP
1320 Main St., Suite 750
Columbia, SC 29201
mkorn@fisherphillips.com
*Attorneys for Defendants*

THIS the 16th day of May, 2023.

Rosenwood, Rose & Litwak, PLLC

*/s/ Nancy S. Litwak*
Nancy S. Litwak
N.C. Bar No. 47288
1712 Euclid Ave
Charlotte, NC 28203
Tel.: (704) 228-8578
Fax: (704) 371-6400
Email: nlitwak@rosenwoodrose.com
*Attorneys for Plaintiff and the Class*

3