IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RACHELLE CHAPMAN, individually )
and on behalf of all others )
similarly situated, )
)
         Plaintiffs, )
)
  v. )    1:22-cv-208
)
TASTY HUT, LLC, TASTY HUT )
OF NC, LLC, TH PROPCO, LLC, )
and DOES 1 to 25, )
)
         Defendants. )

### ORDER

Before this court is Defendants' Consent Motion for Leave to Appear Without Local Counsel at Final Fairness Hearing. (Doc. 45.) Appearing in this action by special appearance pursuant to LR 83.1(d), lead class counsel Benjamin J. Sweet, and Defendants' counsel Matthew R. Korn and Myra K. Creighton move the court to appear without local counsel for the Final Approval Hearing on June 14, 2023. Having carefully reviewed the motion, with consent of Plaintiff, and for good cause shown, this court finds the motion should be granted subject to the conditions described in the order addressing the parties' request to appear remotely. (Doc. 46.)

**IT IS ORDERED** that Defendants' Consent Motion for Leave to Appear Without Local Counsel at Final Fairness Hearing, (Doc.

45), is **GRANTED** and Benjamin J. Sweet, Matthew R. Korn and Myra K. Creighton are permitted to appear on behalf of their respective clients without the presence of local counsel at the Final Approval Hearing on June 14, 2023, at 10:00 a.m., subject to the conditions set forth in this court's prior order, (Doc. 46).

This the 2nd day of June, 2023.

_____
United States District Judge

- 2 -

Case 1:22-cv-00208-WO-LPA    Document 47    Filed 06/02/23    Page 2 of 2